UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. SINCLAIR,<br><br>        Plaintiff,<br><br>     v.<br><br>CITY OF SACRAMENTO,<br><br>        Defendant.<br>_____/ | No. C-07-5668 EMC<br><br><br>**ORDER RE PLAINTIFF'S BRIEF OF FEBRUARY 12, 2014**<br><br>**(Docket No. 12)** |

        Plaintiff Robert A. Sinclair, proceeding pro se, initiated this lawsuit in November 2007 but approximately a month later voluntarily dismissed his case. *See* Docket Nos. 6-7 (notices of dismissal, filed on 12/12/2007 and 12/14/2007). The dismissal was without prejudice. *See* Fed. R. Civ. P. 41(a)(1).

        On September 1, 2009, almost two years after the dismissal, the Court received two e-mail communications from Mr. Sinclair, in which he appeared to be seeking relief from the Court in spite of his earlier dismissal. The Court construed the e-mail communications as a motion to reopen the case, or a motion for relief from final judgment, pursuant to Federal Rule of Civil Procedure 60(b). It then denied the motion for several reasons – one of which was the fact that the only defendant in the case was the City of Sacramento, which is not within the Northern District of California but rather the Eastern District of California. *See* Docket No. 8 (order).

        Now, more than four years later, the Court has received a letter from Mr. Sinclair in which he asks the Court to obtain for him what appear to be state court records as well as police records related to what he asserts was a false arrest. As the Court has previously informed Mr. Sinclair,

even if a federal court could provide him with the relief that he seeks, this Court is not the correct court to petition for relief given that he is suing the City of Sacramento. Sacramento is located within the Eastern District of California; this Court has jurisdiction in the Northern District of California only.

For the foregoing reasons, Mr. Sinclair's request for relief is denied.

IT IS SO ORDERED.

Dated: February 27, 2014

_____
EDWARD M. CHEN
United States District Judge